**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      Elissa Adams v. Allstate County Mutual Insurance

Appellate case number:    01-19-00451-CV

Trial court case number:  2014-69348

Trial court:              190th District Court of Harris County

      Appellee, Allstate County Mutual Insurance, has objected to mediation. The Court's mediation order date June 26, 2019 is withdrawn.

      It is so ORDERED.

Judge's signature: ___/s/ Sarah B. Landau_____
                               Acting individually

Date:  __July 11, 2019_____